UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA FOX, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 10-2118 (ABJ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that defendant District of Columbia's motion to dismiss the second amended complaint [Dkt. # 42] is GRANTED and defendant District of Columbia is DISMISSED from this action.

/s/ Amy B Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: February 15, 2013