UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA FOX, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 10-2118 (ABJ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant Boyd's motion for judgment on the pleadings [Dkt. # 47] is **GRANTED** with respect to Count 1 and **DENIED** with respect to Counts 2 and 3. It is

**FURTHER ORDERED** that defendant Squires' motion for judgment on the pleadings on Counts 2 and 3 [Dkt. # 48] is **DENIED**. And it is

**FURTHER ORDERED** that the parties file a Local Rule 16.3 joint report by March 1, 2013, and attend a status and scheduling conference on March 8, 2013 at 10 a.m.

**SO ORDERED**.

/s/ Amy B Jackson
AMY BERMAN JACKSON
United States District Judge

DATE: February 20, 2013