UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARBARA FOX**, *et al.*<br><br>Plaintiffs<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*<br><br>Defendants | Case No.:<br>**10-2118 (ABJ)** |

## JOINT STATUS REPORT

The parties to this case file this status report in reference to the status conference scheduled for January 10, 2014, and state:

**1.** Following notice of Officer Squires' death, the parties worked to resolve any procedural issues, reached an agreement among the parties and the personal representative for the estate, and have separately filed a joint motion that fully addresses and resolves such issues.

**2.** Per the Court's minute order issued August 14, 2013, addressing the Plaintiff's consent motion to postpone the prior status conference and extend time to complete discovery (Doc. 79) (which was necessitated by Officer Squires' illness), the Court set in the present status hearing date and ordered that a summary judgment briefing schedule would be established at the January 10, 2014 hearing.

**3.** Both parties intend to file dispositive motions. The parties propose a parallel briefing schedule whereby both parties file their dispositive motions (including any based upon qualified immunity) by February 28, 2014. The

parties could brief in sequence; however, that will minimally lower the number of potential filings (from as many as 6[1] down to as many as 4[2]) but increase the complexity (and length) of each one.

**WHEREFORE**, the parties request that the Court set February 28, 2014 as the date for filing of dispositive motions, and grant such other and further relief as may be appropriate.

---

[1] A motion, opposition, and reply for each party (each set dealing with a single standard of review).
[2] Motion, opposition and counter-motion (two standards of review), reply and opposition to counter-motion (two standards of review), and reply.

Respectfully submitted,

| | |
|---|---|
| /s/Sean R. Day/s/<br>Sean R. Day (Bar No. 452420)<br>7500 Greenway Ctr Dr Ste 110<br>Greenbelt MD 20770-3511<br>*sean@dayincourt.net*<br>301.220.2270<br>301.220.2441 fax<br>Attorney for Plaintiffs | IRVIN B. NATHAN<br>Attorney General for the District of Columbia<br><br>ELLEN A. EFROS [250746]<br>Deputy Attorney General, Public Interest Division<br>441 Fourth Street, NW, Sixth Floor South<br>Washington, D.C. 20001<br>(202) 442-9886<br><br>s/ Grace Graham_____<br>GRACE GRAHAM, [Bar No. 472878]<br>Chief, Equity Section<br>441 Fourth Street, NW, Sixth Floor South<br>Washington, DC 20001<br>Telephone: (202) 442-9784<br><br>s/ Bradford C. Patrick_____<br>BRADFORD C. PATRICK [Bar No. 1004979]<br>Assistant Attorney General<br>Public Interest Division, Equity Section<br>441 Fourth Street, NW, Sixth Floor South<br>Washington, D.C. 20001<br>(202) 724-6627<br>(202) 741-0599 fax<br>Bradford.Patrick@dc.gov<br><br>*Counsel for Defendants* |