UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA FOX, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>GOVERNMENT OF THE )<br>DISTRICT OF COLUMBIA, )<br>*et al.*, )<br>)<br>Defendants. )<br>) | Civil Action 10-2118 (ABJ/AK) |

## ORDER

The above-captioned case was referred to the undersigned by the Honorable Amy Berman Jackson for the purpose of conducting a mediation. Accordingly, it is by the Court this 14th day of January, 2014, hereby

**ORDERED:**

1. The lead attorney(s) for the parties shall appear before the undersigned, in chambers [room 2333] on January 29, 2014, beginning at 10:00 a.m. The trial court has instructed that the parties and persons with settlement authority shall attend the mediation.

2. The parties may submit confidential settlement statements in advance of the mediation but such statements are Not Required, and in most cases, they are unnecessary. If settlement statements are submitted, they should be e-mailed to Magistrate Judge Kay's career clerk at the following address: Deborah_Mulligan@dcd.uscourts.gov.

3.  If any attorney or party is unavailable on the date and at the time set forth above, the attorney shall notify the other attorney(s) in the cases as soon as possible and call chambers to select some alternative dates/times.

4.  If the settlement conference must be rescheduled, the undersigned will require the attorney with the scheduling conflict to confirm the new date and time with the other attorneys and the Court.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE