UNITED STATES COURTS DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| HAMILTON P. FOX, III | |
|---|---|
| Plaintiff(s) | Civil Action No. 10-cv-2118 (ABJ) |
| DISTRICT OF COLUMBIA, ET AL. | |
| Defendant(s) | |

## JUDGMENT ON OFFER & ACCEPTANCE

Defendant in the above-captioned case having served upon the plaintiff an order to allow judgment to be taken against them as herein set forth, and plaintiff having served upon the defendant that the offer was accepted, and the said offer and notice of acceptance with proof of service thereof having been filed by the plaintiff and approved by the Court,

   JUDGMENT is entered for Plaintiff Hamilton P. Fox III against Defendant The District of Columbia in the amount of $80,000.00 which includes all reasonable costs and reasonable attorneys' fees incurred to date.

   This Judgment stipulates that the District of Columbia is substituted as the sole Defendant and that pursuant to Fed. R. Civ. P. 41, the lawsuit is dismissed as to the Officers.

Date: February 28, 2014

Signature of clerk or deputy clerk: John T. Haley

ANGELA D. CAESAR, CLERK OF COURT